**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Francese Spivey,** | : |
| **Plaintiff,** | : |
| v. | : **Civil Action No.: 3:10-cv-01409-VLB** |
| **ER Solutions, Inc.; and DOES 1-10, inclusive,** | : |
| **Defendants.** | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

**Dated October 7, 2010**

        **Respectfully submitted,**

        **PLAINTIFF, Francese Spivey**

        **/s/ Sergei Lemberg**

        **Sergei Lemberg, Esq.**
        **LEMBERG & ASSOCIATES L.L.C.**
        **1100 Summer Street, 3rd Floor**
        **Stamford, CT 06905**
        **Telephone: (203) 653-2250**
        **Facsimile: (877) 795-3666**
        slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

     **I hereby certify that on October 7, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

                                      **By /s/ Sergei Lemberg**

                                          **Sergei Lemberg**